UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARCURA EQUITIES FZE and DA-
DESK FZ-LLC,

     Plaintiffs,

v.                          Case No:  2:17-cv-508-FtM-99CM

WILLIAM JAY SCHULZ,

     Defendant.

_____/

## ORDER

This matter comes before the Court on *sua sponte* review of the file.  Within the last month, the Court has held two status conferences in this case.  At the conference on August 20, 2018, the parties said the case has been settled and they were exchanging the final settlement documents.  Because a month has passed without the parties filing a notice of settlement, the Court directs them to update it on the status of settlement.

Accordingly, it is now

**ORDERED:**

The parties must file a joint notice, in writing, on or before **September 28, 2018**, that updates the Court on the status of settlement.

**DONE** and **ORDERED** in Fort Myers, Florida this 24th day of September 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record