UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARCURA EQUITIES FZE and DA-DESK FZ-LLC,

    Plaintiffs,

v.                                            Case No: 2:17-cv-508-FtM-99CM

WILLIAM JAY SCHULZ,

    Defendant.
_____/

## **ORDER**[1]

Before the Court is Plaintiff Marcura Equities FZE and DA-Desk FZ-LLC and Defendant William Jay Schulz's Joint Consent Order. (Doc. 46). The parties have resolved this action and agreed to the Joint Consent Order. After review of the record and applicable law, the Court approves the Joint Consent Order and dismisses this case.

Accordingly, it is now

**ORDERED:**

(1) The Joint Consent Order (Doc. 46) is **APPROVED**.

(2) The above-captioned case is **DISMISSED**.

(3) The Clerk is **DIRECTED** to enter judgment accordingly and attach the Joint Consent Order.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(4) The Clerk is further **DIRECTED** to terminate any pending motions and deadlines and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 2nd day of October 2018.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record